**Order entered September 7, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00096-CR

**WINSTON RIDEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause No. F15-14918-J**

## ORDER

The Court **REINSTATES** the appeal.

On August 16, 2016, we abated the appeal and ordered the trial court to make findings regarding why appellant's brief was not filed. On August 30, 2016, appellant tendered a brief and an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the August 16, 2016 order to the extent it requires a hearing and findings.

Appellant's August 30, 2016 motion to accept the brief tendered is **GRANTED**. We **ORDER** appellant's brief filed as of the date of this order.

The State's brief shall be due **THIRTY DAYS** from the date of this order.

/s/     LANA MYERS
           JUSTICE